| Case | Date/Docket | Disposition | Citation |
|---|---|---|---|
| Hall v. Pennsylvania Bd. of Probation and Parole ....... | 08/22/2016182 WAL (2016) | Denied | |
| Lang v. Com., Dept. of Transp......... | 08/23/2016149 WAL (2016) | Denied | Pa.Cmwlth., 135 A.3d 225 |
| Lindemuth v. W.C.A.B. (Strishock Coal Co.)..... | 08/11/2016161 WAL (2016) | Denied | Pa.Cmwlth., 134 A.3d 111 |
| Ray v. Civil Service Com'n of Borough of Darby ......... | 08/25/2016222–223 MAL (2016) | Denied | Pa.Cmwlth., 131 A.3d 1012 |
| Schatzberg v. W.C.A.B.(Bemis Co., Inc.)......... | 08/11/2016147 EAL (2016) | Denied | Pa.Cmwlth., 136 A.3d 1081 |
| Scrip v. Washington County Juvenile Probation; Washington County Jovenile Probation, In re............. | 09/06/201689 WAL (2016) | Denied | |
| Snizaski v. Public School Employees' Retirement Bd. .... | 08/16/2016143 WAL (2016) | Denied | No. 2124 CD 2015 |
| Thompson v. Com.; Thompson, In re .. | 08/10/2016183 WAL (2016) | Denied | Pa.Cmwlth., 134 A.3d 172 |
| Tullytown Borough v. Armstrong ..... | 09/06/2016121 MAL (2016) | Denied | Pa.Cmwlth., 129 A.3d 619 |